IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RONALD SATISH EMRIT,

    Plaintiff,

    v.

SABINE AISHA JULES,

    Defendant.

Case No. 23-2305-JAR-TJJ

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation filed on July 31, 2023 (Doc. 5). Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Teresa J. James, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED BY THE COURT** that in accordance with the July 31, 2023 Report and Recommendation (Doc. 5), this action is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: September 12, 2023

                                            S/ Julie A. Robinson
                                            JULIE A. ROBINSON
                                            UNITED STATES DISTRICT JUDGE